UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
vs. ) Case No. 98-99-CR-ORL-19A
)
SHOLAM WEISS, ) Magistrate Judge Spaulding
)
    Defendant. )
_____ )

## DEFENDANT WEISS' WITNESS LIST

Abrams, Daniel L.
Addio, Robert
Alfano, Gaeten
Alosi, Anna
Aloisi, Lambert
Aronow, Deborah
Aronow, Joseph
Bachner, Michael E.
Bachrach, Jonathan D.
Bargmann, Mark
Bartz, Jay
Bava, John
Beane, Brian R.
Beck, James
Bellware, Dan
Bennett, Robert
Berman, Jed
Bernstein, Brian
Bilzinsky, Irving
Bingham, Joyce
Black, Christine
Black, John

Blutrich, Michael
Michael Bachman
Bohn, Clarance
Bonham, Louis
Brach, Zigmund
Brady, Bruce
Brason, David
Braswell, Ron
Braun, Seymore
Braxton, Katrina
Breksa, Jason
Bresnahan, Tom
Brister, Joe
Buchanen, William
Buck, Frank
Brumlik, Timothy
Burrus, Chip
Caeser, Lester
Calakoochie, Mark
Canton, Steven
Carlino, Craig
Chmielarski, Mark
Christensen, Peter
Clark, Herbert
Cohen, Frank
Contreras, Charles
Craig, Terry
Cuomo, Andrew
Curtis, Jane
Damashek, Rinald A.
Daniel, Debbie
D'Arco, Alphonso.
Dash, Andrew
Davies, David
Davis, Barry
Deaves, Trevor
Decker, Gerald
DeMarco, Mike
DePlama, Gregory
DeSantis, Donna
Deshowitz, Alan
Deutcher, Jerry
Diaz, Roy A.
Dowling, W.
Doyle, John
Drake, Jeffrey

2

Dreiblatt, Michael
Drews, Hank
Dungah, B.F.
Dutcher, Jerry
Earl, Robert
Eisenberger, Sheldon
Englehardt, John C.
Equels, Thomas
Fahringer, Herald
Falcone, Lucille
Falcone Neil
Fasham, Bruce
Feehery, Jeff
Feldman, Allan
Fields, Randy
Fine, Camden
Firestone, Matt G.
Fisk, Averell Harriman
Flores, Erik
Ford, Linda
Ford, William, "Jay"
Fox, Leo
Freedman, Myron
Frenkel, David
Friedman, Moshe
Friedman, Stephen
Friedman, Wilfred T.
Fuhrey, Jeff
Fusaro, Joseph
Gallanger, Francis
Gardella, Ronald
Gaynor, William J.
Gilliam, James
Ginsberg, Peter
Gladstone, Lori
Gladstone, Richard
Glick, Regina
Gnatt, Joyce
Gordon, Marie
Grassi, Henry
Green, David
Greene, Charles
Grinn, Eugene
Groveman, Deborah
Guckert, Hugo
Gutman, Ari

JOEL HIRSCHHORN, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766

Gutman, Henry
Hagan, Theresa
Halberstam, Naftaly
Hall, James
Hamilton, John R.
Hanover, Lonnie
Hart, Steve
Harvis, Steven J.
Hawkins, Paul
Hefner, Glen
Hendler, Nelson
Herman, Richard
Hershkowitz, Joseph
Heuberfeld, Murray
Hirsch, Alan
Hodapp, D.
Hogan, Kevin
Holso, M.D.,
Hornstein, Jeff
Horowitz, Michael
Howard, John (Jack)
Hunt, Judith
Jarostchuk, Nicolas
Jenkins, Dale
Johnson, Marc
Jones, Jay
Jorden, James F.
Judge, Joe
Kaltsas, Dean
Kaplan, Steve
Kaplan, Ziggy
Karst, John
Kasmir, Gail
Kauth, Wayne
Kenton, Glen
Kimmel, Leo
King, Mary Beth
Kise, Christopher
Klein, Bill
Knudson, Carol
Kraft, Bernard
Kramer, Robert
Landstreet, Bev
Larsen, Scott
Laufer, Jacob
Lazier, Peter

JOEL HIRSCHHORN, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766

Leffer, Abe
Lefkowitz, Suri
Leinwand, Robert
Lembcke, Charles B.
Lesnevich, Gus
Levenson, Don
Lever, Jonathon
Levidy, Nicholas
Lindquist, Robert
Linter, Michael
Lynch, John
Lynch, Kevin
Mayer, Sol
McCleod, Edward (Larry)
McLaughlein, Michael
McRay, Jack
Malman, Myles
Marlin, Rachel
Marshall, Willie
Marsh, Timothy
Martin, Thomas
Mazzela, Christine
Meccalusso, Jeff
Meer, Jesse
Miller, Jay
Miller, Marjorie
Miller, Robert
Mock, J.A.,
Mormon, Ira
Moscowitz, Norman
Moses, Randy
Mulholland, Catherine
Mundo, Vito
Needham, Roger
New, Jim
Nisselson, Alan
Nordick, DoriLee
Nunley, Ken
Nussen, Isaac
Oberlander, Michael
O'Brien, Kevin J.
O'Connor, Joe
Obstfeldt, Solomon
Opple, S.M.
Ortega, Maria
Osher, Harvey

JOEL HIRSCHHORN, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766

Osorio, John
Overman, Mike
Page, Michael
Pavsner, David
Payne, Brazil
Peress, David
Pfeffer, Debbie Lynch
Pfeffer, Jerry
Pfeffer, Lyle
Pfeffer, Shirley
Physos, Nancy
Piccolli, George
Piarski, Frank
Plackett, D.
Plank, Thomas
Plato, Richard
Platzner, Harrin
Pollack, Mark
Port, Yale
Pound, Kathryn
Principe, Frank A., Jr.
Quinn, Don
Ratike, Ken
Razook, Fred
Ready, William
Redmand, Patricia
Rehso, Elliot
Reidler, Harry
Reiter, Michael
Remland, Joel
Remmel, Fran
Reiter, Michael
Renner, Marylouise
Rennert, Charles
Resnick, Alan
Rettberg, James L.
Rice, James
Richards, Jeffrey
Richwagon, Lisa
Robinson, Robert
Rocco, Vic
Rockhill, Regan
Rodriquez, Ed
Rose, Tom
Rosen, Lee
Rosen, Mark

6

Rosenbaum, Mayer
Rosenberg, Abraham
Rosenberg, Isack
Rosenthal, John
Rothchild, Carol
Rothchild, Sheri
Rothman, Samuel
Rouadi, Joseph
Rudolph, Ellen
Rushforth, Brent
Ruth, Joan F.
Ryan, Jim
Schffman, Alan
Schick, David
Schlange, Fred
Schlauff, James
Schlauff, Martin
Schwartz, John
Seible, Cathy
Seigel, M
Sergio, Michael
Sergio, Steve
Shafran, Bernard
Shandel, Dave
Shannon, Brendan
Sharpstein, Richard
Shetti, Sandi
Sillman, Herb
Silva, Lyn
Simon, Neil
Sipperly, Carol
Smith, Clyde
Smith, Orland
Smith, Suzanne
Smythe, Patrick
Sofge, David
Spear, John
Spears, Douglas C.
Stadtmauer, David
Stein, David
Stern, Isaac
Sternhill, Goldie
Stetler, David J.
Stiles, Wayne
Stuart, Scott
Suhouskey, Casey

7

JOEL HIRSCHHORN, P.A., DOUGLAS CENTRE, PENTHOUSE ONE, 2600 DOUGLAS ROAD, CORAL GABLES, FL 33134, TEL (305) 445-5320, FAX (305) 446-1766

Tauriello, Joseph
Therrell, Lou Ann
Thurdekoos, C.
Tinsley, John
Tobin, Noreen
Turner, Tom
Vargas, Frank
Walker, Berry
Walter, Rodney
Watch, John
Watson, Gregory
Weider, Abraham
Weinberg, Morris, Jr.
Weinschneider, Devorah
Weiss, Margarete
Weiss, Moses
Weiss, Steve
Weisz, Isaac
Weisz, George
Weizer, Jeno
White, Al
Whitfield, E.
Wink, Paul
Williams, David Barry
Yackow, Mark
Yochum, Tom
Zivyak, Jeffrey

8

All persons listed by the Government and all co-defendants.

Defendant reserves the right to supplement this list if, as, and when appropriate.

                                        Respectfully submitted,

                                        JOEL HIRSCHHORN, P.A.
                                        Attorneys for Defendant Weiss
                                        2600 Douglas Road
                                        Penthouse One
                                        Coral Gables, Florida 33134
                                        Telephone: (305) 445-5320
                                        Facsimile: (305) 446-1766

                                        By: _____
                                              JOEL HIRSCHHORN
                                              Florida Bar # 104573

9

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was sent via United States mail and facsimile this 18th day of January, 1999, to:

>Judy K. Hunt, Esq.
>Tom Turner, Esq.
>Assistant United States Attorneys
>United States Attorney's Office
>80 N. Hughey Avenue
>Suite 201
>Orlando, Florida 32801
>(Attorneys for the Government)

and via United States mail on the 19th day of January, 1999 to:

>Edwin R. Ivy, Esquire
>P.O. Box 3223
>Orlando, FL 32802
>Counsel for Keith Pound

>Joseph Torres, Esq.
>P.O. Box 78952
>Orlando, FL 32878
>Counsel for Jan R. Schneiderman

>Clark Mervis, Esq.
>Bruce A. Alter, Esq.
>2937 S.W. 27th Avenue
>Suite 202
>Miami, FL 33133
>Co-Counsel for Yaakov Stark

>Richard B. Herman, Esquire, Pro Se
>Three Park Avenue, Suite 3800
>New York, NY 10016

>Sheila Diane Engum, Esquire
>836 N. Highland Avenue
>Orlando, FL 32803
>Counsel for Nadine Allen

Mark H. Randall, Esquire
870 E. State Rd. 434
Longwood, FL 32750
Counsel for Robert Gorski

Robert S. Wolf, Esquire
101 E. 52nd Street
Ninth Floor
New York City, NY 10022
Counsel for Richard C. Langer

H. Manuel Hernandez, Esq.
646 E. Colonial Drive
Orlando, Florida 32803

Samuel I. Burstyn, Esquire
One Biscayne Tower No. 2600
Two South Biscayne Blvd
Miami, FL 33131-1802
Counsel for Isack Rosenberg



JOEL HIRSCHHORN