UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA          :
                                  :
v.                                :        CASE NO. 98-99-Cr-Orl-19A
                                  :
SHOLAM WEISS, et al               :

## CONSOLIDATED PROPOSED WITNESS LIST
## FOR ALL PARTIES AS OF JANUARY 27, 1999

The United States of America, by and through the undersigned Assistant United

States Attorney, and in coordination with all Counsel of Record submits the attached

list of witnesses to be called throughout the trial  in this case.  The government

anticipates that additional witnesses will be called.

Respectfully submitted,

CHARLES R. WILSON
United States Attorney

By: _____

Thomas W. Turner
Assistant United States Attorney
Florida Bar No. 478288
80 North Hughey, Suite 201
Orlando, Florida  32801
Telephone:   (407) 648-7500
Facsimile:    (407)648-7643

751

**U.S. v. Shalom Weiss, et al.**                    Case No. 98-99-Cr-Orl-19A

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via

U.S. Mail, this 27th day of January, 1999 to:

Joel Hirschhorn, Esquire
Douglas Centre, Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Counsel for Sholam Weiss

Bruce A. Alter, Esquire
Clark D. Mervis, Esquire
2937 SW 27th Avenue, Suite 202
Miami, FL 33133
Counsel for Yaakov Stark

Edwin R. Ivy, Esquire
P.O. Box 3223
Orlando, FL 32802
Counsel for Keith Pound

Richard B. Herman, Esquire
1992 Commerce Street, Suite 207
P.O. Box 878
Yorktown Heights, NY 10598
*Pro Se*

Joseph Torres, Esquire
P.O. Box 78952
Orlando, FL 32878
Counsel for Jan R. Schneiderman

Samuel I. Burstyn, Esquire
Kenneth J. Kukec, Esquire
One Biscayne Boulevard
Miami, FL 33131-1802
Counsel for Isack Rosenberg

Assistant United States Attorney

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

**No.**     **Witness Name**

1    Abrams, Daniel L.

2    Addeo, Robert

3    Alfano, Gaeten

4    Allen, Nadine

5    Aloisi, Anna

6    Aloisi, Lambert

7    American Mortgage Principal & Broker Records Custodian

8    American Stock Transfer and Trust Co. Custodian of Records

9    Anchulda, Sandy

10   Anchundia, Sandy

11   Annex, Alan, APX

12   Arndt, Keith

13   Aronow, Deborah

14   Aronow, Joseph

15   Austin, Donald Sr.

16   Bachman, Michael

17   Bachner, Michael E.

18   Bachrach, Jonathan D.

19   Bakenroth, Gil

20   Baldwin, John K.

21   Bank Leumi

22   Bank of Great Neck, Custodian of Records

23   Bank of New York, Custodian of Records

24   Bankers Trust Custodian of Records

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
| --- | --- |
| 25 | Barbee, John P. |
| 26 | Bard, Ronald |
| 27 | Bargmann, Mark |
| 28 | Baron, Alan |
| 29 | Bartz, Jay |
| 30 | Baugh, Mary |
| 31 | Bava, John |
| 32 | Beane, Brian R. |
| 33 | Beck, James |
| 34 | Beksa, Jason |
| 35 | Bellware, Dan |
| 36 | Bendish, Bruce |
| 37 | Bennett, Robert |
| 38 | Benson, John W. |
| 39 | Berg, Jeffrey P. |
| 40 | Berman, Jed |
| 41 | Bernstein, Brian K. |
| 42 | Biery, Evelyn |
| 43 | Bilzinsky, Irving |
| 44 | Bingham, Joyce |
| 45 | Black Christine |
| 46 | Black, John |
| 47 | Blutrich, Michael |
| 48 | Bohn, Clarance |

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
|-----|--------------|
| 49 | Bonham, Louis |
| 50 | Bourochow, Joel |
| 51 | Brach, Zigmund |
| 52 | Brady, Bruce |
| 53 | Brason, David |
| 54 | Brasswell, Ron |
| 55 | Braun, Seymour |
| 56 | Braxton, Katrina |
| 57 | Bresnahan, Tom |
| 58 | Brister, Harry Joseph |
| 59 | Brown, Fred |
| 60 | Brown, Stephen |
| 61 | Brown, Steve |
| 62 | Brown, Steven |
| 63 | Brumlik, Timothy |
| 64 | Buchanen, William |
| 65 | Buck, Frank |
| 66 | Burke, Ted |
| 67 | Burrus, Chip |
| 68 | Caeser, Lester |
| 69 | Calakoochie, Mark |
| 70 | Califano, Thomas R. |
| 71 | Calmelot, Debi |
| 72 | Cannella, Anthony |

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

**No.**    **Witness Name**

73   Canton, Steve
74   Cantor, Steven A.
75   Carlino, Craig
76   Caruso, Fred C.
77   Cerone, Rudy
78   Certified Lumber Bankruptcy Court Reporter
79   Chase Manhattan Bank Custodian of Records
80   Chemical Bank Custodian of Records
81   Cheskel, Moshe
82   Chmielarski, Mark
83   Christensen, Peter
84   Chusid, Candy
85   Citibank, N.A. Custodian of Records
86   Citro, Tom
87   City National Bank, Custodian of Records
88   Clark, Herbert
89   Cohen, Frank
90   Cohen, Jacob
91   Commonwealth Land Title Company Custodian of Records
92   Compton, Kimberly
93   Constance, Tom
94   Continental Stock and Transfer Custodian of Records
95   Contreras, Charles
96   Corbin, Amy

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

**No.**     **Witness Name**

97   Covyeau, Ray

98   Cowen & Company, Custodian of Records

99   Craig, Terry

100   Cronin, Edward

101   Cuomo, Andrew

102   Curran, Mike

103   Curtis, Jane

104   Custodial Trust Company

105   Damashek, Ronald A.

106   Daniel, Debbie

107   D'Arco, Alphonso

108   Dash, Andrew

109   Davies, David

110   Davis, Barry

111   Davis, David

112   Deaves, Trevor

113   Decker, Gerald

114   Deitsch, Jack

115   Deloitte & Touche

116   Demarco, Michael

117   DePalma, Gregory

118   DeSantis, Donna

119   Deshowitz, Alan

120   DeSimone, Thomas

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

**No.**     **Witness Name**

121  Deutscher, Edwin Jerome

122  Devito, Joseph

123  Diaz, Roy A.

124  Distefano, Raymond A.

125  Dowling, W.

126  Doyle, John

127  Drafts, Jim

128  Drake, Jeffrey

129  Dreiblatt, Michael

130  Drews, Hank

131  Dungah, B.F.

132  Dutcher, Jerry

133  Earl, Robert

134  Eastwood, Alan

135  Eisenberger, Sheldon

136  Ellenville National Bank

137  Englehardt, John C.

138  Equels, Thomas

139  Equitable Life Custodian of Records

140  European American Bank

141  Fahringer, Harold

142  Falcone, Lucille

143  Falcone, Neil

144  Falkenback, Jack

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

**No.**    **Witness Name**

145    Farina, Tracey

146    Fasham, Bruce

147    FDIC Legal Division Custodian of Records

148    Federated Investors Custodian of Records

149    Feehery, Jeff

150    Feldman, Allan

151    Feldman, Arnold

152    Fields, Randy

153    Fine, Camden

154    Fiore, William J.

155    Firestone, Matt G.

156    First Fidelity Custodian of Records

157    First Interstate Bank Custodian of Records

158    First National Bank of Chicago Custodian of Records

159    First Union National Bank Custodian of Records

160    Fishler, Robert

161    Fisk, Averell Harriman

162    Fleet Bank Custodian of Records

163    Fleet Services Corporation Custodian of Records

164    Flores, Erik

165    Florida Insurance Commission Custodian of Records

166    Ford, Linda

167    Ford, William "Jay"

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
|-----|--------------|
| 168 | Fox, Leo |
| 169 | Freedman, Myron |
| 170 | Frenkel, David |
| 171 | Freyer, Hugh |
| 172 | Friedman, Monroe |
| 173 | Friedman, Moshe |
| 174 | Friedman, Stephen |
| 175 | Friedman, Wilfred T. |
| 176 | Friscia, Laura |
| 177 | Fuchs, Mark |
| 178 | Fuhrey, Jeff |
| 179 | Fusaro, Joseph |
| 180 | Future Medical Custodian of Records |
| 181 | Gallanger, Francis |
| 182 | Gardella, Ronald |
| 183 | Gaynor, William J. |
| 184 | Gertsman, Al |
| 185 | Giacalone, John |
| 186 | Gieselmann, J. Peter |
| 187 | Gillers, Steven |
| 188 | Gilliam, James |
| 189 | Ginsberg, Peter |
| 190 | Giordino, Robert |
| 191 | Gladstone, Lori |

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
|-----|--------------|

192 Gladstone, Richard

193 Glick, Regina

194 Gnatt, Joyce

195 Gorden, Dale

196 Gordon, Marie

197 Gordon, Sherwood

198 Gorski, Robert

199 Grand National Bank – Custodian of Records

200 Grassi, Henry

201 Grayson, Zachary

202 Great Neck Enterprises, LLC

203 Green, David

204 Greene, Charles

205 Grinn, Eugene

206 Groenewig, Richard

207 Gross, Shlomo Eugene

208 Groveman, Deborah

209 Grunhut, Kalman

210 Gruntal & Co. Custodian of Records

211 Guarantee Association

212 Guckert, Hugo

213 Gutman, Ari

214 Gutman, Chaim

215 Gutman, Henry

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
|-----|--------------|
| 216 | Guttman, Judel |
| 217 | Guttman, Regina |
| 218 | Gutzmer, Peter |
| 219 | Hagan, Theresa |
| 220 | Hague, Abe |
| 221 | Halberstam, Naftaly |
| 222 | Hall, James |
| 223 | Hamilton, John R. |
| 224 | Hanna, S.B.M. |
| 225 | Hanover, Lonnie |
| 226 | Hanson, George |
| 227 | Harris Bank of Carey Grove Custodian of Records |
| 228 | Harris Bank Woodstock f/k/a State Bank of Woodstock |
| 229 | Hart, Steve |
| 230 | Harvis, Steven J. |
| 231 | Hasday, Robert |
| 232 | Hawkins, Paul |
| 233 | Hefner, Glen |
| 234 | Heinemann, George |
| 235 | Heller, Frederick |
| 236 | Hendler, Nelson M.D. |
| 237 | Henry, Robert |
| 238 | Herman, Richard |
| 239 | Herschkowitz, Joseph |

**United States v. Sholam Weiss**

**Case No. 98-99-Cr-Orl-19A**

| No. | Witness Name |
|---|---|
| 240 | Heuberfeld, Murray |
| 241 | Hill, Nilda |
| 242 | Hirsch, Alan |
| 243 | Hodapp, D. |
| 244 | Hogan, Kevin |
| 245 | Holso, M.D. |
| 246 | Horner, Robert |
| 247 | Hornstein, Jeffrey |
| 248 | Horowitz, Michael |
| 249 | Houlihan, Daniel J. |
| 250 | Howard, John (Jack) |
| 251 | HSB/FFB Principals |
| 252 | Hunt, Jesse Jr. |
| 253 | Jarostchuk, Nicolas |
| 254 | Jenkins, Dale |
| 255 | Jessup, Clifton |
| 256 | Johnson, Bruce |
| 257 | Johnson, Marc |
| 258 | Jones, Jay |
| 259 | Jones, Sandra |
| 260 | Jorden, James F. |
| 261 | Judge, Joseph |
| 262 | Jurkowitz, Marcy |
| 263 | Kaltsas, Dean |

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
|---|---|
| 264 | Kanale, Lee |
| 265 | Kaplan, Steve |
| 266 | Kaplan, Ziggy |
| 267 | Karst, Jack |
| 268 | Kasmir, Gail |
| 269 | Kauth, Wayne |
| 270 | Kazlow, Alan |
| 271 | Kenton, Glenn |
| 272 | Kimmel, Leo |
| 273 | King, Mary Beth |
| 274 | Kirsch, Laurence |
| 275 | Kise, Christopher |
| 276 | Klein, Bill |
| 277 | Kligman, Lawrence |
| 278 | Knudson, Carol |
| 279 | Kole, Jeffrey B. |
| 280 | Kopel, Howard J. |
| 281 | Koski, Stephen |
| 282 | Kraft, Bernard |
| 283 | Kramer, Robert |
| 284 | Krinzman, Alan E. |
| 285 | Landstreet, Bev |
| 286 | Landwehr, John |
| 287 | Langer, Norman S. |

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

**No.**     **Witness Name**

288    Langer, Richard

289    Larsen, Scott

290    LaSalle National Bank Custodian of Records

291    Laufer, Jacob

292    Layne, William

293    Lazier, Peter H.

294    Lee, Newton

295    Leffer, Abe

296    Lefkowitz, Suri

297    Leinwand, Robert

298    Lembcke, Charles B.

299    Lesnevich, Gus

300    Levenson, Don

301    Leventhal, Robert

302    Lever, Jonathan

303    Levidy, Nicholas

304    Levine, Martin

305    Levitt, Susan

306    Lieberman, David H.

307    Lindgren, Tom

308    Lindquist, Robert

309    Linter, Michael

310    Lovett, John C.

311    Lubitz, Linda

**United States v. Sholam Weiss**

**Case No. 98-99-Cr-Orl-19A**

**No.**     **Witness Name**

312   Lynch, Deborah

313   Lynch, John

314   Lynch, Kevin

315   M&T Bank Records Custodian

316   Macaluso, Jeffrey

317   Malman, Myles

318   Marine Midland Bank

319   Marinello, Laura

320   Marino, Arthur

321   Marlin, Rachel

322   Marro, Fred

323   Marsh, Timothy

324   Marshall, Willie

325   Martin, Thomas G.

326   Mattner, Richard

327   Mattson, Lissa

328   Mayer, Sol

329   Mazzela, Christine

330   McCleod, Edward (Larry)

331   McLaughlein, Michael

332   McRay, Jack

333   McVay, Voght

334   Meers, Jesse

335   Menkes, Stuart

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
|-----|--------------|
| 336 | Meyers, Louis C. , Jr. |
| 337 | Michel, Laura |
| 338 | Miller, Jay |
| 339 | Miller, Marjorie |
| 340 | Miller, Phillip |
| 341 | Miller, Robert |
| 342 | Mishal, Moshe |
| 343 | Mock, James |
| 344 | Montalvo, Lillian |
| 345 | Montgomery, Thomas |
| 346 | Morgan Guaranty Trust Company of New York Custodian |
| 347 | Mormon, Ira |
| 348 | Moscowitz, Norman |
| 349 | Moser, Sharon |
| 350 | Moses, Randy |
| 351 | Mulholland, Catherine |
| 352 | Mulligan, Malachy |
| 353 | Mundo, Vito |
| 354 | Myers, Robert |
| 355 | Naraine, Yohan |
| 356 | NASDAQ Custodian of Records |
| 357 | National Heritage Life Insurance Custodian of Records |
| 358 | National Securities Clearing Corp. Custodian of Records |
| 359 | Needham, Roger |

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

**No.      Witness Name**

| No. | Witness Name |
|-----|--------------|
| 360 | Nelson, Steve |
| 361 | New Jersey Division of Revenue Custodian of Records |
| 362 | New Jersey Secretary of State Custodian of Records |
| 363 | New, Jim |
| 364 | NIA Lawyers Title Agency -Custodian of Records |
| 365 | Nisselson, Alan |
| 366 | NOGLUA Records Custodian |
| 367 | Nordick, DoriLee |
| 368 | Norman, Pia |
| 369 | NorthCorp. Custodian of Records |
| 370 | Nunley, Ken |
| 371 | Nussen, Isaac |
| 372 | Oberlander, Michael |
| 373 | Oberman, Michael |
| 374 | O'Brien, Kevin J. |
| 375 | Obrlander, Michael |
| 376 | Obstfeldt, Solomon |
| 377 | O'Connor, Joe |
| 378 | O'Laughlin, Frank |
| 379 | Opple, S.M. |
| 380 | Orchowski, David |
| 381 | Orchowski, Joseph |
| 382 | Ortega, Maria |
| 383 | Orth, Daniel |

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
|---|---|
| 384 | Osher, Harvey |
| 385 | Osorio, John |
| 386 | Ostendorf, George |
| 387 | Overman, Mike |
| 388 | Page, Michael |
| 389 | Papadakis, Felix |
| 390 | Pavsner, David |
| 391 | Payne, Brazil |
| 392 | Peress, David |
| 393 | Petrick, Julia E. |
| 394 | Petrie, Arthur J. |
| 395 | Pfeffer, Debbie Lynch |
| 396 | Pfeffer, Jerry |
| 397 | Pfeffer, Lyle |
| 398 | Pfeffer, Lynn |
| 399 | Pfeffer, Robert |
| 400 | Pfeffer, Shirley |
| 401 | Physos, Nancy |
| 402 | Piarski, Frank |
| 403 | Piccolli, George |
| 404 | Plackett, D. |
| 405 | Plank, Thomas |
| 406 | Plato, Richard |
| 407 | Platzner, Harrin |

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

**No.**      **Witness Name**

408      Pollack, Mark

409      Port, Yale

410      Pound, Kathryn

411      Pound, Keith

412      Powered Savings Bank Records Custodian

413      Principe, Frank A., Jr.

414      Prudential Securities, Inc. Custodian of Records

415      Psychiatric Expert

416      Pullman, David

417      Pyshos, Nancy

418      Quinlan, Joseph

419      Quinn, Don

420      Raeder, Margaret L.

421      Rashid, Zafar

422      Ratike, Ken

423      Razook, Fred

424      Reddy, William

425      Redman, Patricia

426      Redmond, Patricia

427      Reese, Darryl

428      Regal Abstract

429      Rehso, Elliott

430      Reichow, Toni

431      Reidler, Harry

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

**No.**     **Witness Name**

432     Reiter, Michael

433     Remland, Joel

434     Remmel, Fran

435     Renner, MaryLouise

436     Rennert, Charles

437     Resnick, Alan

438     Rettberg, James L.

439     Riback, Stuart M.

440     Rice, James

441     Richards, Jeffrey

442     Richwagon, Lisa

443     Riley, T. Goran

444     Robinson, Robert

445     Rocco, Vic

446     Rockhill, Regan

447     Rodriguez, Al

448     Rodriguez, Ed

449     Rogers, Susan

450     Rose, Thomas

451     Rose, Tom

452     Rosen, Lee

453     Rosen, Mark

454     Rosenbaum, David

455     Rosenbaum, Mayer

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
|-----|--------------|
| 456 | Rosenberg, Abraham |
| 457 | Rosenberg, Isack |
| 458 | Rosenberg, Michael |
| 459 | Rosenthal, John |
| 460 | Rosner, Seth |
| 461 | Rothman, Samuel |
| 462 | Rothschild, Carol |
| 463 | Rothschild, Sheri |
| 464 | Rouadi, Joseph |
| 465 | Rudolph, Ellen |
| 466 | Rushforth, Brent |
| 467 | Russavage, John |
| 468 | Ruth, Joan F. |
| 469 | Ryan, Jim |
| 470 | Sablosky, Robert |
| 471 | Saccone, Girolane M. |
| 472 | Salvatore, Denny |
| 473 | Samella, Greg |
| 474 | Sarokin, Robert |
| 475 | Schandel, David |
| 476 | Schffman, Alan |
| 477 | Schffman, Alan |
| 478 | Schick, David |
| 479 | Schlange, Fred |

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

**No.**     **Witness Name**

480    Schlauff, James

481    Schlauff, Martin

482    Schmidt, Joseph

483    Schneiderman, Jan

484    Scholes, Steve

485    Schwartz, Bruce

486    Schwartz, John

487    Searcy, Marshall

488    Seavy, Phyllis

489    Seavy, Robert

490    Secretary of State, State of Florida Custodian of Records

491    Secretary of State, State of Nevada Custodian of Records

492    Seeler, Evelyn

493    Seible, Cathy

494    Seigel, M.

495    Sergio, Michael

496    Sergio, Steve

497    Shafran, Bernard

498    Shandel, David

499    Shannon, Brendan

500    Sharpstein, Richard

501    Shaughnessy, Mary

502    Shegog, John

503    Shetti, Sandi

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

**No.**     **Witness Name**

504     Shetty, Sandy
505     Sillman, Herb
506     Silva, Lyn
507     Simon, Neil
508     Simpson, Pamela
509     Singer, Aaron
510     Sipperly, Carol
511     Smith Barney Records Custodian
512     Smith, Clyde
513     Smith, Orlan
514     Smith, Suzanne
515     Smythe, Patrick
516     Snyder, Don
517     Snyder, Geralyn
518     Sofge, David
519     Sola, Tecla
520     Solar Financial Services
521     Spadacenta, Marco
522     Spear, John
523     Spears, Douglas C.
524     Stadtmauer, David
525     Standard Chartered Bank Custodian of Records
526     Staples, Michael
527     Starr, Jan (Stark, Yakov)

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

**No.**   **Witness Name**

528   Stein, David

529   Sterling National Bank Records Custodian

530   Sterling National Bank Records Custodian

531   Stern, Isaac

532   Sternhill, Goldie

533   Stetler, David J.

534   Stiles, Wayne

535   Stoll, Barbara

536   Stuart Title Custodian of Records

537   Stuart, Scott

538   Suhovsky, Casey

539   Summit Service Corporation, Deposit Services

540   Sutton, Jennifer

541   Tafuri, Thomas P.

542   Tauriello, Joseph

543   Teresa Perry

544   Teta, Mirco

545   Therell, Lu Ann

546   Thurdekoos, C.

547   Tinsley, John

548   Tobin, Noreen

549   Trevor, Amy

550   Tropicana Casino and Resort Records Custodian

551   Twenhafel, Mark

## United States v. Sholam Weiss
## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
|-----|--------------|
| 552 | Vargas, Frank |
| 553 | Vink, Paul |
| 554 | Walker, Berry |
| 555 | Walter, Rodney |
| 556 | Warman, Lynette |
| 557 | Watch, John |
| 558 | Watson, Gregory |
| 559 | Weider, Abraham |
| 560 | Weinberg, Gerald |
| 561 | Weinberg, Morris, Jr. |
| 562 | Weiner, Monte |
| 563 | Weinschneider, Devorah |
| 564 | Weiss, Laurie |
| 565 | Weiss, Margaret |
| 566 | Weiss, Moses |
| 567 | Weiss, Sholam |
| 568 | Weiss, Steve |
| 569 | Weisz, George |
| 570 | Weizer, Jeno |
| 571 | Whale Securities Co. LP. |
| 572 | White, Al |
| 573 | Whitfield, E. |
| 574 | Wilkis, Robert |
| 575 | Williams, David Barry |

## United States v. Sholam Weiss

## Case No. 98-99-Cr-Orl-19A

| No. | Witness Name |
|-----|--------------|
| 576 | Williams, Donna Lee |
| 577 | Wilson, David |
| 578 | Windsor Bank Records Custodian |
| 579 | Wink, Paul |
| 580 | Wynick, Hylton |
| 581 | Yackow, Mark |
| 582 | Yasuda Bank Records Custodian |
| 583 | Yochum, Tom |
| 584 | Zelmanovitz, Joseph |
| 585 | Zimmerman, Evan |
| 586 | Zivyak, Jeffrey |