UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 98-99-Cr-Orl-19A

SHOLAM WEISS, et al

## SUPPLEMENTAL TO CONSOLIDATED PROPOSED WITNESS LIST FOR ALL PARTIES

The United States of America, by and through the undersigned Assistant United States Attorney, hereby submits this supplemental list of witnesses to add to the Consolidated Witness List already filed in this case. The names of the witnesses listed below came to the attention of the United States and to defense after the original witness list was filed. While we have attempted to be comprehensive, we anticipates that additional witnesses may be called.

1. Leroy Harris
2. Casey Mathews
3. Florence Parrella
4. Philip Rizzut
5. Carl Westl

Respectfully submitted,
CHARLES R. WILSON
United States Attorney

By: _____
Thomas W. Turner
Assistant United States Attorney
Florida Bar No. 478288
80 North Hughey, Suite 201
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407)648-7643

**U.S. v. Shalom Weiss, et al.**             Case No. 98-99-Cr-Orl-19A

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed via U.S. Mail, this 29th day of January, 1999 to:

Joel Hirschhorn, Esquire
Douglas Centre, Penthouse One
2600 Douglas Road
Coral Gables, FL 33134
Counsel for Sholam Weiss

Edwin R. Ivy, Esquire
P.O. Box 3223
Orlando, FL 32802
Counsel for Keith Pound

Joseph Torres, Esquire
P.O. Box 78952
Orlando, FL 32878
Counsel for Jan R. Schneiderman

Bruce A. Alter, Esquire
Clark D. Mervis, Esquire
2937 SW 27th Avenue, Suite 202
Miami, FL 33133
Counsel for Yaakov Stark

Richard B. Herman, Esquire
1992 Commerce Street, Suite 207
P.O. Box 878
Yorktown Heights, NY 10598
*Pro Se*

Samuel I. Burstyn, Esquire
Kenneth J. Kukec, Esquire
One Biscayne Boulevard
Miami, FL 33131-1802
Counsel for Isack Rosenberg

_____
Assistant United States Attorney