IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA }
}
    PLAINTIFF, } CASE # 98-99 CR-ORL-19A
} ORLANDO, FLORIDA
} FEBRUARY 4, 1999
}
}
SHALOM WEISS }
KEITH POUND }
JAN R. SCHNEIDERMAN }
RICHARD B. HERMAN }
YAAKOV STARK }
  A/K/A JAN STARR }

JURY TRIAL (EXCERPT)

BEFORE THE HONORABLE PATRICIA C. FAWSETT
UNITED STATES DISTRICT COURT JUDGE

EMERY C. TOMPKINS
80 N. HUGHEY AVENUE
ROOM 510
ORLANDO, FLORIDA  32801
(407) 648-1639

COMPUTER AIDED TRANSCRIPTION

833

```
 1              APPEARANCES:

 2      JUDITH K. HUNT, AUSA
        AND
 3      THOMAS W. TURNER, AUSA
        COUNSEL FOR THE U.S.A.
 4
        JOEL HIRSCHHORN
 5      SAMUEL FILLER
        2600 DOUGLAS ROAD
 6      PENTHOUSE ONE
        CORAL GABLES, FL. 33134
 7      305-445-5320
        COUNSEL FOR SHOLAM WEISS
 8
        EDWIN R. IVY, II
 9      JOHN DILL
        710 SPRINGDALE ROAD
10      ORLANDO, FL. 32804
        407-841-2500
11      COUNSEL FOR KEITH POUND

12      KENNETH J. KUKEC
        2 S. BISCAYNE BLVE.
13      MIAMI, FL. 33131
        305-358-2000
14      AND
        JOSEPH TORRES
15      P.O. BOX 780952
        ORLANDO, FL. 32878
16      407-273-1290
        COUNSEL FOR JAN R. SCHNEIDERMAN
17
        CLARK D. MERVIS
18      BRUCE ALTER
        2937 SW 27TH AVE.
19      SUITE 202
        MIAMI, FL. 33133
20      305-443-1600
        COUNSEL FOR YAAKOV STARK
21      A/K/A JAN STARR

22      RICHARD B. HERMAN
        THREE PARK AVENUE
23      SUITE 3800
        NEW YORK, N.Y. 10016
24      PRO SE

25
```

```
 1
 2          THE COURT:  I WILL SEE YOU BACK AT THREE
 3   O'CLOCK.
 4
 5          (AT THIS TIME A RECESS IS TAKEN)
 6
 7          (AT THIS TIME THE JURY ENTERS THE
 8   COURTROOM)
 9
10          (AT THIS TIME THE JUDGE ENTERS THE
11   COURTROOM)
12
13          THE COURT:  THANK YOU.  APPARENTLY ONE OF
14   THE PARTICIPANTS ARE LATE, SO WE WILL NEED TO WAIT.
15          MR. HIRSCHHORN:  MAY WE HAVE A SIDE BAR
16   WHILE WE ARE WAITING?
17          THE COURT:  NOT UNTIL EVERYONE IS HERE.
18   NO YOU MAY NOT.
19
20   (AT THIS TIME MS. SCHNEIDERMAN
21   AND MR. KUKEC ENTER THE COURTROOM)
22
23          THE COURT:  ARE YOU GOING TO LEAD OFF?
24          MR. HIRSCHHORN:  YES, YOUR HONOR.
25          THE COURT:  MR. HIRSCHHORN?
```

C E R T I F I C A T E

STATE OF FLORIDA:

      I, EMERY C. TOMPKINS, BEING AN OFFICIAL COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION, DO HEREBY CERTIFY THAT I WAS AUTHORIZED TO AND DID REPORT IN COMPUTERIZED SHORTHAND, AND TRANSCRIBE BY COMPUTER, TO THE BEST OF MY ABILITY, THE FOREGOING PROCEEDINGS.

_____     2-22-99
EMERY C. TOMPKINS     DATE


OFFICIAL COURT REPORTER