IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| } | |
| PLAINTIFF, } | CASE # 98-99 CR-ORL-19A |
| } | ORLANDO, FLORIDA |
| } | FEBRUARY 3, 1999 |
| } | |
| } | |
| SHOLAM WEISS } | |
| KEITH POUND } | |
| JAN R. SCHNEIDERMAN } | |
| RICHARD B. HERMAN } | |
| YAAKOV STARK } | |
| A/K/A JAN STARR } | |

---

JURY TRIAL (EXCERPT)


BEFORE THE HONORABLE PATRICIA C. FAWSETT
UNITED STATES DISTRICT COURT JUDGE








EMERY C. TOMPKINS
80 N. HUGHEY AVENUE
ROOM 510
ORLANDO, FLORIDA 32801
(407) 648-1639

COMPUTER AIDED TRANSCRIPTION

```
 1              APPEARANCES:

 2    JUDITH K. HUNT, AUSA
      AND
 3    THOMAS W. TURNER, AUSA
      COUNSEL FOR THE U.S.A.
 4
      JOEL HIRSCHHORN
 5    SAMUEL FILLER
      2600 DOUGLAS ROAD
 6    PENTHOUSE ONE
      CORAL GABLES, FL. 33134
 7    305-445-5320
      COUNSEL FOR SHOLAM WEISS
 8
      EDWIN R. IVY, II
 9    JOHN DILL
      710 SPRINGDALE ROAD
10    ORLANDO, FL. 32804
      407-841-2500
11    COUNSEL FOR KEITH POUND

12    JOSEPH TORRES
      P.O. BOX 780952
13    ORLANDO, FL. 32878
      407-273-1290
14    COUNSEL FOR JAN R. SCHNEIDERMAN

15    CLARK D. MERVIS
      BRUCE ALTER
16    2937 SW 27TH AVE.
      SUITE 202
17    MIAMI, FL. 33133
      305-443-1600
18    COUNSEL FOR YAAKOV STARK
      A/K/A JAN STARR
19
      RICHARD B. HERMAN
20    THREE PARK AVENUE
      SUITE 3800
21    NEW YORK, N.Y. 10016
      PRO SE
22

23

24

25
```

1        (AT THIS TIME THE JUDGE ENTERS THE
2    COURTROOM)
3
4        THE COURT: ALL RIGHT, GENTLE PEOPLE.
5        MR. HIRSCHHORN, YOUR CLIENT IS NOT
6    PRESENT?
7        MR. HIRSCHHORN: YES, YOUR HONOR. ALL I
8    KNOW IS THAT I RECEIVED A MESSAGE -- HE CALLED MY
9    OFFICE AND ADVISED HE WAS STUCK IN TRAFFIC AND THE
10   MESSAGE I RECEIVED WAS THAT JAN SCHNEIDERMAN WAS
11   WITH HIM ALSO. I DON'T KNOW HOW ACCURATE THAT IS.
12       THE COURT: MR. TORRES, YOUR CLIENT IS NOT
13   HERE?
14       MR. TORRES: BEST OF MY KNOWLEDGE, YES,
15   YOUR HONOR.
16       THE COURT: WOULD YOU SPEAK INTO THE
17   MICROPHONE.
18       MR. TORRES: TO THE BEST OF MY KNOWLEDGE,
19   NO, YOUR HONOR.
20       THE COURT: WELL, IS SHE NEXT TO YOU?
21       MR. TORRES: THAT'S WHAT I SAID, TO THE
22   BEST OF MY KNOWLEDGE, NO.
23       THE COURT: IS SHE IN THIS COURTROOM?
24       MR. TORRES: THAT'S ALSO EVIDENT THAT
25   SHE'S NOT IN THE COURTROOM.

```
 1              THE COURT:  SHE'S NOT PRESENT.
 2              AND MR. HIRSCHHORN, WHERE IS MR. WEISS
 3   STAYING?
 4              MR. HIRSCHHORN:  I DON'T KNOW THE NAME --
 5   EXCUSE ME, I DON'T KNOW THE NAME OF THE COMPLEX.  IN
 6   MAITLAND, YOUR HONOR.  I KNOW THE PHONE NUMBER.
 7              THE COURT:  WHAT IS THE PHONE NUMBER?
 8              MR. HIRSCHHORN:  FOUR SEVEN FIVE NINE ZERO
 9   ONE NINE.
10              THE COURT:  DOES HE HAVE A CELL PHONE OR
11   PAGER?
12              MR. HIRSCHHORN:  AS FAR AS I KNOW HE HAS A
13   CELL PHONE, NINE ONE FOUR, SIX SEVEN ONE, FIVE ONE
14   ZERO ZERO.
15              THE COURT:  PAGER?
16              MR. HIRSCHHORN:  NOT TO MY KNOWLEDGE,
17   JUDGE.
18              THE COURT:  WHAT TYPE OF TRANSPORTATION
19   ARRANGEMENTS DOES HE HAVE?
20              MR. HIRSCHHORN:  YOUR HONOR --
21              THE COURT:  DOES HE RENT A CAR OR OWN A
22   CAR?
23              MR. HIRSCHHORN:  I HAVE NO IDEA.
24              THE COURT:  YOU HAVE NOT SEEN HIM DRIVING
25   A VEHICLE?
```

```
 1              MR. HIRSCHHORN:  I GO FROM HERE TO MY
 2   LITTLE OFFICE TO WHERE I AM STAYING AND COME BACK
 3   HERE IN THE MORNING.
 4              THE COURT:  DO YOU KNOW PHYSICALLY WHERE
 5   THE COMPLEX IS IN MAITLAND?
 6              MR. HIRSCHHORN:  I DON'T KNOW.
 7              THE COURT:  HAVE YOU BEEN THERE?
 8              MR. HIRSCHHORN:  NO.
 9              THE COURT:  MR. TORRES, WHERE IS MISS
10   SCHNEIDERMAN STAYING?
11              MR. TORRES:  I DON'T KNOW THE EXACT NAME
12   OR LOCATION.  I UNDERSTAND IT'S IN AN APARTMENT
13   COMPLEX AND THAT'S THE FULL EXTENT OF MY KNOWLEDGE.
14              THE COURT:  YOU DON'T KNOW WHERE IT IS
15   LOCATED?
16              MR. TORRES:  NO, I DON'T.
17              THE COURT:  DOES SHE HAVE A TELEPHONE
18   NUMBER?
19              MR. TORRES:  NOT THAT I AM AWARE OF.
20              THE COURT:  HOW DO YOU REACH HER?
21              MR. TORRES:  SHE CALLS ME.
22              THE COURT:  SHE HAS ALWAYS CALLED YOU AND
23   YOU NEVER CALLED HER?
24              MR. TORRES:  EXCEPT WHEN SHE WAS IN NEW
25   YORK.
```

```
 1              THE COURT:  IN ORLANDO HAVE YOU CALLED HER
 2   OR PAGED HER BY TELEPHONE?
 3              MR. TORRES:  NO.
 4              THE COURT:  YOU DIDN'T KNOW IF SHE HAS A
 5   PAGE NUMBER OR CELL PHONE NUMBER.
 6              MR. TORRES:  SHE DOES HAVE A CELL
 7   TELEPHONE, THAT WAS TO BE THE SUBJECT OF THE
 8   REQUEST, TO PERMIT HER TO USE IT, BUT SHE DOESN'T
 9   HAVE THE CELL PHONE NUMBER WITH ME, SHE NEVER
10   PROVIDED THAT TO ME.
11              THE COURT:  YOU DON'T HAVE THE CELL PHONE
12   NUMBER?
13              MR. TORRES:  NO.
14              THE COURT:  WHAT ARE HER DRIVING
15   ARRANGEMENTS, TRANSPORTATION ARRANGEMENTS?
16              MR. TORRES:  TO THE BEST OF MY KNOWLEDGE
17   SHE'S ACCOMPANYING MR. WEISS.
18              THE COURT:  NOW, ARE ALL OTHER DEFENDANTS
19   PRESENT?
20              MR. IVY:  YES.
21              MR. HIRSCHHORN:  I COULD GIVE YOU THE NAME
22   OF THE COMPLEX, ARBORS, AND THERE'S A SECOND CELL
23   PHONE BUT I DON'T KNOW IF IT'S WORKING OR NOT.  FIVE
24   ONE SIX, SIX FIVE ZERO ONE ONE THREE ZERO.
25              THE COURT:  ALL RIGHT, GENTLE PEOPLE, AS
```

```
1    I AM SURE YOU KNOW, THE JURY HAS BEEN SEATED IN THIS
2    ROOM READY AND I ASKED THEY BE TAKEN OUT AND PLACED
3    INTO ANOTHER ROOM UNTIL -- UNDETERMINED AT THIS
4    MOMENT, OR UNTIL THE DEFENDANTS APPEAR.  SO, IF YOU
5    WILL STAY CLOSE, I WILL ADJOURN TEMPORARILY AND I
6    WILL BE BACK WITH YOU SHORTLY, I HOPE.
7
8              (AT THIS TIME A RECESS IS TAKEN)
9
10
11             ( THE JUDGE ENTERS THE COURTROOM AT NINE
12             THIRTY FIVE A.M.)
13             THE COURT:  MR. WEISS, YOU ARE LATE TO
14   COURT BY THIRTY FIVE MINUTES.
15             MR. WEISS:  I WANT TO APOLOGIZE.
16             THE COURT:  WHY IS THAT?
17             MR. WEISS:  I WANT TO APOLOGIZE, I DON'T
18   KNOW THE ROADS AROUND HERE, NORMALLY I COME TOGETHER
19   WITH SOME OTHER PEOPLE THAT DO KNOW DIRECTION.  I
20   CAME WITH JAN SCHNEIDERMAN'S FIANCEE, AND HE THOUGHT
21   HE KNEW DIRECTIONS AND HE TOOK THE WRONG DIRECTION
22   ON FOUR, AND HE WENT INSTEAD OF FOUR WEST HE TOOK
23   FOUR EAST, AND AFTER TWENTY MINUTES DRIVING WE SAW
24   NO BIG BUILDINGS AND WE STOPPED AND FOUND OUT THAT
25   WE WERE GOING THE OTHER DIRECTION, AND THAT'S WHEN I
```

```
 1    STARTED CALLING, AND I REALLY APOLOGIZE.  I DO
 2    ASSURE THE COURT THIS IS NEVER GOING TO HAPPEN
 3    AGAIN, AND USUALLY IT TAKES FIFTEEN MINUTES TO GET
 4    HERE.
 5              THE COURT:  WHERE ARE YOU STAYING,
 6    MR. WEISS?
 7              MR. WEISS:  AT THE ARBORS.
 8              THE COURT:  ARBOR OR --
 9              MR. WEISS:  MAY BE CALLED ARBOR.
10              THE COURT:  IS THERE A PHONE NUMBER THERE?
11              MR. WEISS:  FOUR ZERO SEVEN, FOUR SEVEN
12    FIVE, NINE ZERO ONE NINE.
13              THE COURT:  DO YOU HAVE A CAR PHONE?
14              MR. WEISS:  NINE ONE FOUR, SIX SEVEN ONE,
15    FIVE ONE HUNDRED.
16              THE COURT:  DO YOU HAVE ANOTHER CAR PHONE
17    OR CELL PHONE?
18              MR. WEISS:  YES.  FIVE ONE SIX, I DON'T
19    USUALLY USE THAT.  I AM TRYING TO THINK.  SIX FIVE
20    ZERO, ELEVEN THIRTY.
21              THE COURT:  WHAT IS YOUR VEHICLE?
22              MR. WEISS:  I DON'T HAVE A VEHICLE.  I
23    COME WITH -- I DRIVE WITH OTHER PEOPLE.
24              THE COURT:  WELL, DO YOU USE MISS
25    SCHNEIDERMAN'S FIANCEE'S VEHICLE.
```

1       MR. WEISS: TODAY I DID, WITH MISS
2  SCHNEIDERMAN'S FIANCEE, BUT NORMALLY I COME WITH
3  EITHER RICK HERMAN OR JAN STARR, WHICH THEY KNOW
4  BETTER THE DIRECTIONS. I DON'T KNOW DIRECTIONS
5  AROUND HERE.
6       THE COURT: IF YOU WILL BE SEATED.
7       MISS SCHNEIDERMAN?
8       MS. SCHNEIDERMAN: YES.
9       THE COURT: YOU WERE LATE TO COURT BY
10 APPROXIMATELY THIRTY FIVE MINUTES TODAY.
11      MS. SCHNEIDERMAN: APOLOGIES, AS WELL
12 MR. WEISS I THINK PRETTY WELL EXPLAINED IT, THE
13 FIRST TIME I -- MY FIANCEE DROVE US, AND WE ARE NOT
14 FAMILIAR WITH THE AREA. WE GOT ON NUMBER FOUR GOING
15 THE WRONG DIRECTION AND THERE WAS A LOT OF TRAFFIC
16 ANYWAY, AND WE REALIZED EVENTUALLY WE WERE GOING THE
17 WRONG WAY. WE HAD TO WAIT TO GET TO AN EXIT TO TURN
18 AROUND, AND NORMALLY WE GET A RIDE HERE AS WELL, SO
19 IT IS THE FIRST TIME WE ACTUALLY DROVE, SO --
20      THE COURT: WHERE ARE YOU STAYING?
21      MS. SCHNEIDERMAN: ARBORS IN MAITLAND.
22      THE COURT: WHAT IS THE PHONE NUMBER TO
23 REACH YOU?
24      MS. SCHNEIDERMAN: FOUR ZERO SEVEN, FOUR
25 SEVEN TWO, NINETEEN ZERO THREE.

10

```
 1                THE COURT:  DO YOU HAVE A CAR PHONE?
 2                MS. SCHNEIDERMAN:  NO, MA'AM, I DON'T.
 3                THE COURT:  DO YOU HAVE ANY OTHER CELL
 4     PHONE OR PAGER?
 5                MS. SCHNEIDERMAN:  NO, MA'AM.
 6                THE COURT:  HOW DO YOU TRANSPORT YOURSELF?
 7                MS. SCHNEIDERMAN:  MY FIANCEE HAS A RENTAL
 8     CAR.
 9                THE COURT:  WHAT IS THE RENTAL CAR, WHAT
10     TYPE?
11                MS. SCHNEIDERMAN:  IT MIGHT BE A MALIBU,
12     YOUR HONOR, I AM NOT SURE.
13                THE COURT:  DO YOU KNOW THE COMPANY FROM
14     WHOM IT WAS RENTED?
15                MS. SCHNEIDERMAN:  AVIS.
16                THE COURT:  I WOULD LIKE FOR YOU ON THE
17     BREAK TO GET THE LICENSE TAG OF THAT CAR.
18                YOU MAY BE SEATED.
19                MS. SCHNEIDERMAN:  MY APOLOGIES.  IT
20     WOULDN'T HAPPEN AGAIN.
21                THE COURT:  IT IS UNDERSTANDABLE YOU ARE
22     FROM OUT OF TOWN, I ASSUME, AND GETTING ON THE
23     HIGHWAY GOING THE WRONG WAY APPEARS TO BE AN ACT OF
24     NEGLIGENCE AS OPPOSED TO INTENTIONAL THWARTING
25     PROCEEDINGS, BUT I HAVE HAD ALL THESE JURORS UP HERE
```

```
 1   AND WE WAITED.  WE ARE NOW GOING TO BE ABOUT FORTY
 2   FIVE MINUTES TO AN HOUR BEHIND SCHEDULE ON WHAT
 3   I AM SURE YOU WOULD AGREE IS A VERY TEDIOUS CASE,
 4   AND I CAN'T AFFORD TO HAVE PEOPLE BE ONE MINUTE
 5   LATE, NOT WITH THIS NUMBER OF PEOPLE SEATED HERE,
 6   AND THE JURORS WE ARE GOING TO GET AND THE MATTERS
 7   THAT ARE GOING TO BE PRESENTED.
 8              SO, MR. WEISS AND MISS SCHNEIDERMAN, YOU
 9   HAVE HAD YOUR ONE FREE STRIKE, AND IF YOU ARE LATE
10   AGAIN I WILL HAVE YOU RESIDING IN A NEW PLACE, UNDER
11   THE CUSTODY OF THE MARSHAL.
12              DO YOU UNDERSTAND THAT, MR. WEISS?
13              MR. WEISS:  YES.
14              THE COURT:  DO YOU UNDERSTAND, MISS
15   SCHNEIDERMAN?
16              MS. SCHNEIDERMAN:  OF COURSE I DO.  THANK
17   YOU.
18              THE COURT:  IF YOU WILL GET THE JURY IN,
19   PLEASE.
20
21
22
23
24
25
```

C E R T I F I C A T E

STATE OF FLORIDA:

    I, EMERY C. TOMPKINS, BEING AN OFFICIAL COURT REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, ORLANDO DIVISION, DO HEREBY CERTIFY THAT I WAS AUTHORIZED TO AND DID REPORT IN COMPUTERIZED SHORTHAND, AND TRANSCRIBE BY COMPUTER, TO THE BEST OF MY ABILITY, THE FOREGOING PROCEEDINGS.

_____  _____5-14-99_____

EMERY C. TOMPKINS    DATE

OFFICIAL COURT REPORTER