# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA,

          Plaintiff,

-vs-                                            Case No. 6:98-cr-99-Orl-19KRS
                                                    (Forfeiture)

SHOLAM WEISS,

          Defendant.

_____

# PRELIMINARY ORDER OF FORFEITURE FOR SUBSTITUTE ASSETS

THIS CAUSE comes before the Court on United States' Motion for a Preliminary order of Forfeiture for Substitute Assets (Docket Number 2132) for the following assets, belonging to defendant, Sholam Weiss, in partial satisfaction of the defendant's forfeiture money judgments, totaling approximately $57,213,591.46:

(1) World-Wide Plumbing Supply Inc. a/k/a World Wide Plumbing Supply Inc., World Wide Plumbing Supply, Inc., and World Plumbing Supply Inc. (collectively "World Wide"). The corporate entity and all of its assets are sought for forfeiture, including inventory, bank accounts, accounts receivable, and leases. The bank accounts to be forfeited include, but are not limited to:

    (a) JP Morgan Chase Account No. 042080832365 (Payroll); and

    (b) The Park Avenue Bank Account No. 1023012118.

(2) 175 Seven Springs Road, Woodbury, New York, Lot 51.24 (vacant land); and 101 & 102 Long View Farms Road, Woodbury, New York, titled to Juda and Surie Lefkowitz; Section 13, Block 1, Lots 51.23 (vacant land) and Lot 54 (house);

(3) 3737 Indian Creek Drive, Masada II, Condominium Unit #407, Miami Beach, Florida, titled to Juda Lefkowitz;

(4) 255 Viola Road, Monsey, New York, titled to Goldy Weiss; Town of Ramapo, County of Rockland, Lot 6, Block 1, Section 49.11;

(5) First Mortgage on 255 Viola Road, Monsey, New York, held by Juda Lefkowitz;

(6) 4804 16th Avenue, Brooklyn, New York, titled to Juda Lefkowitz; Kings County, Block 5447, Lot 39;

(7) 65 East Concord Road, Monsey, New York, titled to Goldy Weiss; Town of Ramapo, County of Rockland, Block 14, Plot 31 AB2; and

(8) 3425 Prairie Avenue, Miami Beach, Florida, titled to Juda Lefkowitz; Miami-Dade County, Orchard Subdivision 2 and 3, Lot 18, Block 49.

which, upon entry, shall be a final order of forfeiture as to defendant, Sholam Weiss.

The Court, being fully advised in the premises, hereby finds as follows:

1. That the Court found that as a result of Sholam Weiss' multiple counts of fraud, including convictions, under the Racketeer Influenced and Corrupt Organizations Act, codified at 18 U.S.C. § 1961, et seq., as alleged in the Indictment and for which the Jury found him guilty, $57,213,591.46 in proceeds were obtained and that such proceeds were reasonably foreseeable to him;

2. That, as a result of the defendant's actions, the $57,213,591.46 in U.S. currency obtained through the wrongful acts of the defendant has been transferred to third parties and is no longer traceable;

3. That Sholam Weiss is the real property owner of World-Wide Plumbing Supply Inc. a/k/a World Wide Plumbing Supply, Inc., World Wide Plumbing Supply, Inc, and World Plumbing Supply Inc.

4. That, pursuant to the provisions of 18 U.S.C. § 1963(m) and Fed. R. Crim. P. 32.2(e)(1)(B), the United States is entitled as a matter of law to seek the forfeiture of any assets belonging to the defendant in satisfaction of the forfeiture money judgments.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the United States' motion at Docket Number 2132 is GRANTED. It is FURTHER **ORDERED** that, pursuant to 18 U.S.C. § 1963(m) and Fed. R. Crim. P. 32.2(e)(1)(B), all right, title, and interest of defendant, Sholam Weiss, in the above-listed assets is hereby CONDEMNED and FORFEITED to the United States of America as substitute assets in partial satisfaction of the $57,213,591.46 money judgments. It is FURTHER **ORDERED** in accordance with 21 U.S.C. § 853(g) and Rule 32.2(3), the Secretary of the Treasury is authorized to seize the inventory of World Wide, as well as its financial accounts, accounts receivable, and leases. It is FURTHER **ORDERED** the government will record lis pendens against the real properties, but will not seize the real properties. The Internal Revenue Service and its contractor, EG&G Technical Services, Inc., will seek to enter into occupancy agreements with occupants. The United States will provide written notice to all third parties known to have an alleged legal interest in the subject assets and will publish notice on the internet at www.forfeiture.gov.

The Court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the assets, and to entertain any third party claims that may be asserted in the ancillary proceedings.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida, this __19thy__ day of January, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Attorneys of Record