FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,
PLAINTIFF,

CASE # 98-99 CR-ORL-19A
ORLANDO, FLORIDA
AUGUST 30, 1999

SHOLAM WEISS
KEITH POUND
JAN R. SCHNEIDERMAN
RICHARD B. HERMAN
YAAKOV STARK
A/K/A JAN STARR

JURY TRIAL

BEFORE THE HONORABLE PATRICIA C. FAWSETT
UNITED STATES DISTRICT COURT JUDGE

EMERY C. TOMPKINS
80 N. HUGHEY AVENUE
ROOM 510
ORLANDO, FLORIDA 32801
(407) 648-1639
COMPUTER AIDED TRANSCRIPTION

APPEARANCES:

JUDITH K. HUNT, AUSA
AND
THOMAS W. TURNER, AUSA
COUNSEL FOR THE U.S.A.

JOEL HIRSCHHORN
SAMUEL FILLER
2600 DOUGLAS ROAD
PENTHOUSE ONE
CORAL GABLES, FL. 33134
305-445-5320
COUNSEL FOR SHOLAM WEISS

EDWIN R. IVY, II
JOHN DILL
710 SPRINGDALE ROAD
ORLANDO, FL. 32804
407-841-2500
COUNSEL FOR KEITH POUND

KENNETH J. KUKEC
2 S. BISCAYNE BLVE.
MIAMI, FL. 33131
305-358-2000
AND
JOSEPH TORRES
P.O. BOX 780952
ORLANDO, FL. 32878
407-273-1290
COUNSEL FOR JAN R. SCHNEIDERMAN

CLARK D. MERVIS
BRUCE ALTER
2937 SW 27TH AVE.
SUITE 202
MIAMI, FL. 33133
305-443-1600
COUNSEL FOR YAAKOV STARK
A/K/A JAN STARR

RICHARD B. HERMAN
THREE PARK AVENUE
SUITE 3800
NEW YORK, N.Y. 10016
PRO SE

EXHIBIT 43

FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA }
}
PLAINTIFF, } CASE # 98-99 CR-ORL-19A
} ORLANDO, FLORIDA
} AUGUST 30, 1999

SHOLAM WEISS }
KEITH POUND }
JAN R. SCHNEIDERMAN }
RICHARD B. HERMAN }
YAAKOV STARK }
A/K/A JAN STARR }
---------------------------

JURY TRIAL

BEFORE THE HONORABLE PATRICIA C. FAWSETT
UNITED STATES DISTRICT COURT JUDGE

EMERY C. TOMPKINS
80 N. HUGHEY AVENUE
ROOM 510
ORLANDO, FLORIDA 32801
(407) 648-1639
COMPUTER AIDED TRANSCRIPTION

EXHIBIT 43

APPEARANCES:

JUDITH K. HUNT, AUSA
AND
THOMAS W. TURNER, AUSA
COUNSEL FOR THE U.S.A.

JOEL HIRSCHHORN
SAMUEL FILLER
2600 DOUGLAS ROAD
PENTHOUSE ONE
CORAL GABLES, FL. 33134
305-445-5320
COUNSEL FOR SHOLAM WEISS

EDWIN R. IVY, II
JOHN DILL
710 SPRINGDALE ROAD
ORLANDO, FL. 32804
407-841-2500
COUNSEL FOR KEITH POUND

KENNETH J. KUKEC
2 S. BISCAYNE BLVE.
MIAMI, FL. 33131
305-358-2000
AND
JOSEPH TORRES
P.O. BOX 780952
ORLANDO, FL. 32878
407-273-1290
COUNSEL FOR JAN R. SCHNEIDERMAN

CLARK D. MERVIS
BRUCE ALTER
2937 SW 27TH AVE.
SUITE 202
MIAMI, FL. 33133
305-443-1600
COUNSEL FOR YAAKOV STARK
A/K/A JAN STARR

RICHARD B. HERMAN
THREE PARK AVENUE
SUITE 3800
NEW YORK, N.Y. 10016
PRO SE

(AT THIS TIME THE JURY ENTERS THE COURTROOM)

(AT THIS TIME THE JUDGE ENTERS THE COURTROOM)

(AT THIS TIME SHOLAM WEISS RESUMES THE WITNESS STAND)

THE COURT: GOOD MORNING. DID YOU HAVE A NICE WEEKEND, I HOPE? I KNOW SOMEBODY HAS BEEN BAKING OUT THERE. GIVE YOU A DAY OFF AND THERE ARE ALL KIND OF GOODIES. LUIS IS REPORTING ON THE GOOD FOOD THERE.

LADIES AND GENTLEMEN, DID ANY OF YOU SEE, HEAR, READ OR HAVE ANY CONTACT OF ANY NATURE ABOUT THIS CASE OUTSIDE OF THE COURTROOM? IF YOU DID, RAISE YOUR HAND.

THANK YOU.

GOOD MORNING, MR. WEISS.

THE WITNESS: GOOD MORNING, YOUR HONOR.

THE COURT: MR. HIRSCHHORN?

MR. HIRSCHHORN: MAY IT PLEASE THE COURT?

THE COURT: YES.

CONTINUED DIRECT EXAMINATION

Q. NOW WHO WAS IT THAT -- THAT WAS -- THAT TOLD YOU THAT THERE WAS A DIFFERENCE BETWEEN YOU INDIVIDUALLY AND SOUTH STAR?

A. I KNOW THERE WAS A DIFFERENCE BETWEEN ME INDIVIDUALLY AND SOUTH STAR.

Q. WHAT DO YOU MEAN BY THAT?

A. I MEAN, THE REASON -- TO THE OUTSIDE WORLD, I MEAN, I DIDN'T HIDE THE FACT THAT I WAS INVOLVED IN SOUTH STAR AND I DIDN'T HIDE THE FACT THAT I WAS INVOLVED IN OWNING SOUTH STAR WITH ALL THE PEOPLE I DEALT WITH.

BUT TO A BANK OR TO SOMEONE WHO HAD A JUDGMENT AGAINST ME, I WAS TRYING TO HIDE OUT UNTIL I WILL GET ON MY FEET AND I WILL BE ABLE TO PAY THAT JUDGMENT. SO IT WAS OBVIOUS THAT, IN MY MIND, I MADE A DIFFERENTIAL OF BEING ME AT SOUTH STAR OR IF A BANK ASKED ME ABOUT SOUTH STAR, I WOULD SAY IT'S JAN STARR, HE WAS MY NOMINEE.

Q. MR. WEISS, I SKIPPED OVER THAT PORTION OF THE DEPOSITION AT THE VERY BEGINNING WHERE YOU ARE ASKED A SERIES OF QUESTION ABOUT EDUCATION AND BACKGROUND.

DO YOU RECALL THAT?

A. THAT'S CORRECT.

Q. CAN YOU DESCRIBE FOR THE JURY THE TENOR OF

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA }
}
PLAINTIFF, } CASE # 98-99 CR-ORL-19A
} ORLANDO, FLORIDA
} AUGUST 31, 1999
}
}
}
SHOLAM WEISS }
KEITH POUND }
JAN R. SCHNEIDERMAN }
RICHARD B. HERMAN }
YAAKOV STARK }
A/K/A JAN STARR }
---------------------------

JURY TRIAL

BEFORE THE HONORABLE PATRICIA C. FAWSETT
UNITED STATES DISTRICT COURT JUDGE

EMERY C. TOMPKINS
80 N. HUGHEY AVENUE
ROOM 510
ORLANDO, FLORIDA 32801
(407) 648-1639
COMPUTER AIDED TRANSCRIPTION

APPEARANCES:

JUDITH K. HUNT, AUSA
AND
THOMAS W. TURNER, AUSA
COUNSEL FOR THE U.S.A.

JOEL HIRSCHHORN
SAMUEL FILLER
2600 DOUGLAS ROAD
PENTHOUSE ONE
CORAL GABLES, FL. 33134
305-445-5320
COUNSEL FOR SHOLAM WEISS

EDWIN R. IVY, II
JOHN DILL
710 SPRINGDALE ROAD
ORLANDO, FL. 32804
407-841-2500
COUNSEL FOR KEITH POUND

KENNETH J. KUKEC
2 S. BISCAYNE BLVE.
MIAMI, FL. 33131
305-358-2000
AND
JOSEPH TORRES
P.O. BOX 780952
ORLANDO, FL. 32878
407-273-1290
COUNSEL FOR JAN R. SCHNEIDERMAN

CLARK D. MERVIS
BRUCE ALTER
2937 SW 27TH AVE.
SUITE 202
MIAMI, FL. 33133
305-443-1600
COUNSEL FOR YAAKOV STARK
A/K/A JAN STARR

RICHARD B. HERMAN
THREE PARK AVENUE
SUITE 3800
NEW YORK, N.Y. 10016
PRO SE

(AT THIS TIME THE JURY ENTERS THE COURTROOM)

(AT THIS TIME SHOLAM WEISS RESUMES THE WITNESS STAND)

(AT THIS TIME THE JUDGE ENTERS THE COURTROOM)

THE COURT: GOOD MORNING. AND HOW ARE YOU TODAY? GOSH, YOU-ALL LOOK SO NICE.

HAVE YOU HAD ANY CONTACT ABOUT THIS CASE OF ANY NATURE OUTSIDE OF THE COURTROOM? THANK YOU FOR BEING ALERT TO THAT.

GOOD MORNING, MR. WEISS.

THE WITNESS: GOOD MORNING, YOUR HONOR.

THE COURT: GOOD MORNING, MR. HIRSCHHORN.

MR. HIRSCHHORN: GOOD MORNING, MAY IT PLEASE THE COURT?

THE COURT: YES.

MR. HIRSCHHORN: ONE OF THE JURORS ASKED ME --

THE COURT: PUSHING YOU OUT THE DOOR?

(LAUGHTER)

MR. HIRSCHHORN: SO LONG, JUDGE.

Q. AT PAGE BOTTOM OF PAGE FIFTY SIX, LAST QUESTION, YOU WERE ASKED BY MR. RILEY, QUESTION, DO YOU KNOW OF A COMPANY NATIONAL HERITAGE LIFE INSURANCE COMPANY. AND YOU SAID, I HAVE HEARD OF THAT NAME.

AND YOU WERE THEN ASKED SPECIFICALLY, QUOTE, HAVE YOU EVER DONE ANY BUSINESS WITH THEM?

"ANSWER: NO, SIR.

"QUESTION: HAVE YOU EVER MADE ANY BORROWINGS FROM THAT COMPANY?

"ANSWER: NO, SIR.

WERE THOSE ANSWERS TO THOSE TWO QUESTIONS TRUE?

A. WELL, TECHNICALLY IT WAS TRUE, BUT IN REALITY, IT WAS NOT TRUE. THESE ARE THE TYPE OF QUESTIONS THAT MICHAEL BLUTRICH SAT DOWN WITH ME AND COACHED ME HOW TO ANSWER THEM.

TECHNICALLY THEY'RE -- THEY WERE TRUE. I DID NOT DO ANY BORROWING, HAD NOTHING TO DO -- IT WAS SOUTH STAR. IT WAS NOT -- SHOLAM WEISS DIDN'T DO ANYTHING WITH NATIONAL HERITAGE. BUT IN REALITY, IT WAS NOT TRUE BECAUSE I WAS A NOMINEE OF SOUTH STAR, AND THAT'S WHY WHEN HE ASKED ME ABOUT NATIONAL HERITAGE I SAID YES.

Q. YOU SAID YOU WERE NOMINEE OF SOUTH STAR

OR --

A. I HAD A NOMINEE, ON MY BEHALF.

Q. IN REALITY SOUTH STAR WAS --

A. I WAS FIFTY PERCENT OWNER OF SOUTH STAR.

Q. NEXT QUESTION WAS, DO YOU KNOW WHETHER THAT COMPANY HAS MADE ANY FINANCING AVAILABLE TO LYLE PFEFFER.

AND YOUR ANSWER WAS, I DON'T KNOW.

AND THEN THE QUESTION, DO YOU KNOW WHETHER THAT COMPANY HAS MADE ANY FINANCING AVAILABLE TO LPDA ACQUISITION CORP.?

AND YOU SAID, I DON'T KNOW.

AND THEN THE QUESTION, DID LYLE PFEFFER EVER MENTION TO YOU ANYTHING ABOUT NATIONAL HERITAGE LIFE INSURANCE COMPANY.

"ANSWER: NO, SIR.

"QUESTION: HOW DO YOU KNOW ABOUT NATIONAL HERITAGE LIFE INSURANCE COMPANY?

"ANSWER: I DIDN'T SAY I KNOW ABOUT IT. I JUST HEARD THE NAME BEFORE.

WITH RESPECT TO THOSE FOUR QUESTIONS, WERE YOUR ANSWERS TO THOSE FOUR QUESTIONS TRUE OR FALSE?

A. THEY WERE NOT TRUE. I BASICALLY WAS DUCKING HIM. AND I DID KNOW THAT LYLE PFEFFER HAD IN 1993 -- AGAIN IF THIS WAS -- USING 1992, THERE WOULD

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA )
)
PLAINTIFF, ) CASE # 98-99 CR-ORL-19A
) ORLANDO, FLORIDA
) SEPTEMBER 1, 1999
)
)
)
SHOLAM WEISS )
KEITH POUND )
JAN R. SCHNEIDERMAN )
RICHARD B. HERMAN )
YAAKOV STARK )
A/K/A JAN STARR )
--------------------------

JURY TRIAL

BEFORE THE HONORABLE PATRICIA C. FAWSETT
UNITED STATES DISTRICT COURT JUDGE

EMERY C. TOMPKINS
80 N. HUGHEY AVENUE
ROOM 510
ORLANDO, FLORIDA 32801
(407) 648-1639
COMPUTER AIDED TRANSCRIPTION

APPEARANCES:

JUDITH K. HUNT, AUSA
AND
THOMAS W. TURNER, AUSA
COUNSEL FOR THE U.S.A.

JOEL HIRSCHHORN
SAMUEL FILLER
2600 DOUGLAS ROAD
PENTHOUSE ONE
CORAL GABLES, FL. 33134
305-445-5320
COUNSEL FOR SHOLAM WEISS

EDWIN R. IVY, II
JOHN DILL
710 SPRINGDALE ROAD
ORLANDO, FL. 32804
407-841-2500
COUNSEL FOR KEITH POUND

KENNETH J. KUKEC
2 S. BISCAYNE BLVE.
MIAMI, FL. 33131
305-358-2000
AND
JOSEPH TORRES
P.O. BOX 780952
ORLANDO, FL. 32878
407-273-1290
COUNSEL FOR JAN R. SCHNEIDERMAN

CLARK D. MERVIS
BRUCE ALTER
2937 SW 27TH AVE.
SUITE 202
MIAMI, FL. 33133
305-443-1600
COUNSEL FOR YAAKOV STARK
A/K/A JAN STARR

RICHARD B. HERMAN
THREE PARK AVENUE
SUITE 3800
NEW YORK, N.Y. 10016
PRO SE

(AT THIS TIME THE JURY ENTERS THE COURTROOM)

(AT THIS TIME SHOLAM WEISS RESUMES THE WITNESS STAND)

(AT THIS TIME THE JUDGE ENTERS THE COURTROOM)

THE COURT: GOOD MORNING. MR. HIRSCHHORN, GOOD MORNING.

MR. HIRSCHHORN: GOOD MORNING, YOUR HONOR. MAY IT PLEASE THE COURT?

THE COURT: MR. WEISS, GOOD MORNING.

THE WITNESS: GOOD MORNING, YOUR HONOR.

CONTINUED DIRECT EXAMINATION

BY MR. HIRSCHHORN:

Q. MR. WEISS, YOU ARE STILL UNDER OATH.

A. YES.

THE COURT: SEPTEMBER 1.

MR. HIRSCHHORN: I SEE LIGHT, THOUGH, JUDGE.

THE COURT: LIGHTNING OR LIGHT?

(LAUGHTER)

MR. HIRSCHHORN: LIGHT.

FINANCIAL INVESTMENT SHE MADE?

"ANSWER: I WOULD SAY THERE'S A COMBINATION PROBABLY.

SIR, THE FACT OF THE MATTER WAS THAT JAN R. SCHNEIDERMAN WAS SIMPLY A NOMINEE OFFICER FOR SG & L, CORRECT?

A. YES.

Q. MS. SCHNEIDERMAN, HAD NO FINANCIAL INTEREST OF HER OWN IN SG & L?

A. EXACTLY. THE ONLY THING WE HAD IN THERE, WE HAD ONE HUNDRED THOUSAND DOLLARS DEPOSIT, WHICH WAS MY FUNDS, NOT HER FUNDS.

Q. TO THE BEST OF YOUR KNOWLEDGE AND BASED UPON YOUR OBSERVATIONS, SHE HAD NO FINANCIAL INTEREST IN ANY OF THE COMPANIES FOR WHICH SHE SERVED AS A NOMINEE OFFICER?

A. ABSOLUTELY NOT.

Q. TO THE BEST OF YOUR KNOWLEDGE AND BASED ON YOUR PERSONAL OBSERVATION, MS. SCHNEIDERMAN WAS NOT A PERSON THAT INVESTED IN REAL ESTATE?

MS. HUNT: OBJECTION. LACK OF FOUNDATION.

THE COURT: SUSTAINED.

BY MR. KUKEC:

Q. YOU HAVE KNOWN MS. SCHNEIDERMAN FOR QUITE A WHILE, HAVE YOU NOT?

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA }
PLAINTIFF, } CASE # 98-99 CR-ORL-19A
} ORLANDO, FLORIDA
} SEPTEMBER 2, 1999

SHOLAM WEISS
KEITH POUND
JAN R. SCHNEIDERMAN
RICHARD B. HERMAN
YAAKOV STARK
A/K/A JAN STARR

JURY TRIAL (AM SESSION)

BEFORE THE HONORABLE PATRICIA C. FAWSETT
UNITED STATES DISTRICT COURT JUDGE

EMERY C. TOMPKINS
80 N. HUGHEY AVENUE
ROOM 510
ORLANDO, FLORIDA 32801
(407) 648-1639
COMPUTER AIDED TRANSCRIPTION




APPEARANCES:

JUDITH K. HUNT, AUSA
AND
THOMAS W. TURNER, AUSA
COUNSEL FOR THE U.S.A.

JOEL HIRSCHHORN
SAMUEL FILLER
2600 DOUGLAS ROAD
PENTHOUSE ONE
CORAL GABLES, FL. 33134
305-445-5320
COUNSEL FOR SHOLAM WEISS

EDWIN R. IVY, II
JOHN DILL
710 SPRINGDALE ROAD
ORLANDO, FL. 32804
407-841-2500
COUNSEL FOR KEITH POUND

KENNETH J. KUKEC
2 S. BISCAYNE BLVE.
MIAMI, FL. 33131
305-358-2000
AND
JOSEPH TORRES
P.O. BOX 780952
ORLANDO, FL. 32878
407-273-1290
COUNSEL FOR JAN R. SCHNEIDERMAN

CLARK D. MERVIS
BRUCE ALTER
2937 SW 27TH AVE.
SUITE 202
MIAMI, FL. 33133
305-443-1600
COUNSEL FOR YAAKOV STARK
A/K/A JAN STARR

RICHARD B. HERMAN
THREE PARK AVENUE
SUITE 3800
NEW YORK, N.Y. 10016
PRO SE

(AT THIS TIME THE JURY ENTERS THE COURTROOM)

(. AT THIS TIME SHOLAM WEISS RESUMES THE WITNESS STAND)

(AT THIS TIME THE JUDGE ENTERS THE COURTROOM)

THE COURT: GOOD MORNING. WE ARE LATE STARTING AND WE WILL GO RIGHT AHEAD.

BY MR. HIRSCHHORN:

Q. IF IT PLEASE THE COURT, PURSUANT TO PROCEEDINGS LAST NIGHT, YOUR HONOR, AT THIS TIME DEFENDANT WEISS READS INTO THE RECORD THE FOLLOWING STIPULATION.

UNSIGNED PARTY, THROUGH THEIR RESPECTIVE COUNSEL, HEREBY AGREE AND STIPULATE AS FOLLOWS:

THE FOLLOWING EXHIBITS ARE AUTHENTIC BUSINESS RECORDS OF MORGAN GUARANTEE TRUST COMPANY, J P MORGAN OF NEW YORK, NEW YORK, DEFENDANTS EXHIBITS ONE FIFTY SIX, ONE FIFTY SEVEN, ONE FIFTY EIGHT, ONE FIFTY NINE, ONE SIXTY FOUR, ONE SIXTY FIVE, ONE SIXTY FIVE, A, B C, ONE SIXTY SIX, ONE SIXTY SIX A, B, C,

REALESTATE ESTATE FIRM?

A. IN NEW YORK MANY LAWYERS SERVICE NOMINEES. I HEARD THAT -- I HAVE HAD MANY LAWYERS SERVICE A NOMINEE.

Q. MR. SHAFRAN, HE SERVED AS NOMINEE FOR IWUB CORPORATION, DID HE NOT?

A. YES.

Q. HERE'S A LAWYER THAT SERVES AS A NOMINEE AND WASN'T YOUR USUAL CUSTOM AND PRACTICE TO USE A NOMINEE IN VARIOUS BUSINESSES?

A. AFTER 1990 I HAVE USED LAWYERS AS NOMINEES. MR. REIDLER WAS -- HE TESTIFIED HE WAS A NOMINEE AND I KNOW OTHER LAWYERS THAT, FOR OTHER COMPANIES, NOT MINE, THAT THEY ARE NOMINEES AND IN NEW YORK, MAYBE FLORIDA, IT'S DIFFERENT.

Q. WAS IT YOUR UNDERSTANDING THAT IT WAS THE CUSTOMARY AND USUAL PRACTICE, AT LEAST IN NEW YORK, TO USE NOMINEES IN CORPORATIONS?

MS. HUNT: OBJECTION. LACK OF FOUNDATION.

THE COURT: SUSTAINED.

BY MR. MERVIS:

Q. WELL, SIR, YOU HAD CONSULTED OVER THE YEARS, YOU HAD CONSULTED WITH BERNARD SHAFRAN, HAD YOU NOT, AND WERE YOU AWARE THAT HE HAD SERVED AS NOMINEES FOR CORPORATIONS?

I BELIEVE YOU TESTIFIED EARLIER THIS MORNING YOU DIDN'T KNOW ANYTHING ABOUT HOW THAT WAS RUN, IS THAT RIGHT?

A. I DIDN'T KNOW HOW WHAT?

Q. J.B. SLATTERY WASN'T -- YOU WEREN'T THAT MUCH INVOLVED WITH IT?

A. I WAS NEVER INVOLVED IN IT.

Q. BUT YOU OWNED IT ONE HUNDRED PERCENT?

A. I DIDN'T OWN IT ONE HUNDRED PERCENT.

Q. WAS THIS A MISTAKE WHEN YOU PUT IN YOUR FINANCIAL?

A. NO, SOLOMAN OBSTFELDT WAS A NOMINEE FOR SOLOMAN ON THIS PORTION.

Q. SO WHEN YOU TOLD THE BANK THAT YOU OWNED THIS AND THIS TWO MILLION FOUR HUNDRED THOUSAND DOLLARS WAS YOUR ASSET?

A. FINANCIALLY.

Q. WAS THAT A MISTAKE?

A. IT WAS NOT A MISTAKE FINANCIALLY, THE MONEY WAS MINE, BUT SOLOMAN OBSTFELDT WAS RUNNING IT, AND AS FAR AS IF WE WOULD HAVE SOLD IT THAT DAY, SOLOMAN OBSTFELDT DIDN'T PUT A PENNY INTO THIS VENTURE, HE IS THE ONE THAT RAN THE BUSINESS AND GOT FIFTY PERCENT AND HE WAS A NOMINEE ON FIFTY PERCENT ON THAT PARTICULAR BUSINESS.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No.: 98-99-CR-ORL-19A

SHOLAM WEISS,
KEITH POUND,
JAN R. SCHNEIDERMAN,
RICHARD B. HERMAN,
YAAKOV STARK,
A/K/A JAN STARR

Defendants.

---

September 9, 1999

Transcript of Trial Proceedings

Before The Honorable PATRICIA C. FAWSETT
United States District Judge, and a Jury

Anthony Rolland, CRR
Official Court Reporter
80 North Hughey Avenue, Room 510
Orlando, FL 32801
(407) 648-2288

Proceedings recorded by mechanical stenography, transcript produced with computer-aided transcription

APPEARANCES:

For the Plaintiff: Judy K. Hunt
Thomas W. Turner
Assistant U.S. Attorneys
201 Federal Building
Orlando, FL 32801

For the Defendant Weiss: Joel Hirschhorn
2600 Douglas Road
Penthouse One
Coral Gables, FL 33134

For the Defendant Pound: Edwin R. Ivy, II
John Dill

For the Defendant Schneiderman: Kenneth Kukec

For the Defendant Stark: Clark D. Mervis
Bruce Alter

for the Defendant Herman: Richard B. Herman, pro se

WEISS - REDIRECT - HIRSCHHORN

29417

PROCEEDINGS

(JURY IN.)

THE COURT: Good morning, Mr. Weiss.

THE WITNESS: Good morning, Your Honor.

THE COURT: Good morning, Mr. Hirschhorn.

MR. HIRSCHHORN: Your Honor, may it please the court.

THE COURT: Yes. You may proceed. On 9-9-99.

REDIRECT EXAMINATION

BY MR. HIRSCHHORN:

Q. Mr. Weiss, yesterday you were asked if you knew a series of people whose last name was Banda, B A N D A, Itzhak, Rivka and Nathan Banda and you indicated no. Sir, what are the names of your sisters and their husbands?

A. I'll start with the oldest.

Q. Go ahead.

A. My oldest sister is name is Shandi, her husband is Modehai Lustigman, she's married.

Q. Just names.

MS. HUNT: Objection, Your Honor. This is irrelevant. The question the government asked did not relate to Mr. Weiss's sisters.

THE COURT: The question related to the

ANTHONY ROLLAND RMR-CRR
407.648.2288

WEISS - REDIRECT - HIRSCHHORN

29631

taxes than a company. I'm not an accountant, but there's a difference between -- the main thing is that a corporation you don't have to put out, you don't have to say who the owners of a corporation is. You could file a corporation and I could have my lawyer or anybody or a nominee be in a corporation if I don't want to disclose what a corporation is. And that is the purpose of a corporation in many instances.

Q. Now, with respect to government exhibit 1177 which is the asset sale agreement about which Miss Hunt asked you, she specifically directed your attention to page three of government 431, paragraph 3.2, and page three, paragraph 3.3 of 1177?

A. Okay.

Q. And the question that was posed to you was relative to an attorney. Could you please explain to the jury, you've already told us you didn't have an attorney representing you in this matter, explain to the jury why you did not have an attorney representing you in this matter.

A. There was an attorney, Michael Blutrich was the attorney that put this together. Why I didn't have somebody representing me?

Q. Yes. Your own personal.

ANTHONY ROLLAND RMR-CRR
407.648.2288

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs. Case No.: 98-99-CR-ORL-19A

SHOLAM WEISS,
KEITH POUND,
JAN R. SCHNEIDERMAN,
RICHARD B. HERMAN,
YAAKOV STARK,
A/K/A JAN STARR

Defendants.

---

September 10, 1999

Transcript of Trial Proceedings

Before The Honorable PATRICIA C. FAWSETT
United States District Judge, and a Jury

Anthony Rolland, CRR
Official Court Reporter
80 North Hughey Avenue, Room 510
Orlando, FL 32801
(407) 648-2288

Proceedings recorded by mechanical stenography, transcript produced with computer-aided transcription

APPEARANCES:

For the Plaintiff: Judy K. Hunt
Thomas W. Turner
Assistant U.S. Attorneys
201 Federal Building
Orlando, FL 32801

For the Defendant Weiss: Joel Hirschhorn
2600 Douglas Road
Penthouse One
Coral Gables, FL 33134

For the Defendant Pound: Edwin R. Ivy, II
John Dill

For the Defendant Schneiderman: Kenneth Kukec

For the Defendant Stark: Clark D. Mervis
Bruce Alter

for the Defendant Herman: Richard B. Herman, pro se

P R O C E E D I N G S

(JURY IN.)

THE COURT: Good morning. Mr. Ogle, Luis said that you wanted to leave early today?

JUROR OGLE: Yes, if I could.

THE COURT: We had someone fly in especially --

MR. HIRSCHHORN: Your Honor, it was impossible to get him. I spoke to him, he could not get here. And the flights, he was at the FBI laboratory until seven last night and the flights were terrible and could not get here.

THE COURT: So you are not able to get the witness in?

MR. HIRSCHHORN: I was not able to get the witness in.

THE COURT: Well, that solves the problem then. It's funny how all this works out. Before we ended yesterday, we had a talk about you wanted a day, forgot about months ago Luis said that to me, and so you said that, so it just all worked out somehow. We will get to the end.

Good morning, Mr. Hirschhorn.

MR. HIRSCHHORN: Good morning, Your Honor.

THE COURT: And good morning, Mr. Weiss.

THE WITNESS: Good morning, Your Honor.

BY MR. HIRSCHHORN:

Q. Mr. Weiss, you're still under oath, you understand that?

A. Yes.

Q. I put in front of you defendant's 154 about which you testified yesterday or I believe it was yesterday but I did not move it into evidence because there was a typographical error. I'm not going to go through the testimony again. I ask you to review 154 to see if it is consistent with your testimony and whether it is accurate.

A. Yes.

MR. HIRSCHHORN: At this time, Your Honor, I move into evidence, 154.

MS. HUNT: Objection under 1006, it's not a summary of voluminous documents.

THE COURT: All right. I don't need argument, but I do need to see the document again.

Well, I'm going to rule as the appellate court hates, you're absolutely right, Miss Hunt, but over objection it will be admitted.

Q. Mr. Weiss, let me direct your attention to questions that Miss Hunt posed to you regarding an individual known as S.L. Weinman and S. Weinman. Are

examination by Mr. Mervis, Mr. Mervis and you discussed the fact that in New York you believed that many lawyers acted as nominees and you said it was your practice and usual custom to use lawyers as nominees after 1990. Do you recall that?

A. That's correct.

Q. Did you ever use or ask me to be a nominee for you in any transaction?

A. No, I did not.

Q. And based upon your discussions and investments with Mr. Pfeffer over the years, as you sit here today, do you know of any corporation or investment or transaction in which I was asked to act as a nominee for anyone?

A. I have no knowledge of that.

Q. Do you know of any in which I was asked to act as an officer, director or shareholder?

A. I would have no knowledge of that.

Q. And do you have any knowledge of me being asked or do you have any knowledge of me having an ownership or beneficial interest in any of those investments?

A. In which investments?

Q. Any of your investments with Mr. Pfeffer over the years?